

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00068-CV

| | | |
|---|---|---|
| OAK POINT BOARD OF ADJUSTMENT, Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| v. | § | of Denton County (CV-2018-03798) |
| | § | December 12, 2019 |
| JEFF HOULE, Appellee | § | Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that appellee's claims against appellant are moot. It is therefore ordered that the February 25, 2019 orders denying appellant's plea to the jurisdiction and granting appellee's petition for writ of certiorari are vacated and that appellee's claims against appellant are dismissed for want of jurisdiction.

It is further ordered that all parties shall bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack

Justice Dana Womack